AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Kelly Thomas <br> *Plaintiff* <br> v. <br> Life Protect 24/7, Inc. d/b/a Life Protect 24/7, <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  4:20-cv-3612 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Life Protect 24/7, Inc. d/b/a Life Protect 24/7,
6160 Commander Parkway
Norfolk, Virginia 23502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: October 23, 2020



*s/ D. Waggoner*
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:20-CV-3612

Plaintiff:
**Thomas, Kelly**

vs.

Defendant:
**Life Protect 24/7**

For:
Kimmel & Silverman
30 East Butler Pike
Ambler, PA 19002

Received by Cavalier CPS to be served on **Life Protect 24/7, 6160 Commander Parkway, Norfolk, VA 23502**.

I, Amanda Body, do hereby affirm that on the **28th day of October, 2020** at **3:20 pm, I**:

Served Summons & Complaint with Exhibits; Civil Cover Sheet personally to Mark E. Slaughter as registered agent of Life Protect 24/7. Service occurred at 440 Monticello Avenue, #2200, Norfolk, VA 23510.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  10/28/20
Amanda Body

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020008493

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

