

Life Protect 24/7
6160 Commander Pkwy
Norfolk, Virginia 23502
(888) 983-5712

## Life Protect 24/7 Medical Alert Program
## Order Confirmation Form

Thank you for the opportunity to provide Life Protect 24/7's Medical Alert Program (as defined in the Contract Terms and Conditions) on our easy payment plan program.

Your account number is ▮▮▮▮▮▮▮▮▮▮

We are here to serve you. If you have any questions about the Life Protect 24/7 Service, activation on your unit, or if you are planning to move, just call our Customer Service number, (888) 983-5712.

| Customer Name: KELLY THOMAS | | | | |
|---|---|---|---|---|
| **Physical Address (location the unit will be used):** ▮▮▮▮▮▮▮▮▮▮ | | | **City:** KATY | |
| **Zip:** 77494 | **State:** TX | **Primary Phone:** ▮▮▮▮▮▮▮ | **Secondary Phone:** | |

**Changes needed to your account information?**
**Please call our Customer Care Department at (888) 983-5712.**

| Mailing Address: ▮▮▮▮▮▮▮▮▮▮ | | City: KATY |
|---|---|---|
| Zip: 77494 | State: TX | |

### IMPORTANT
### Please complete your Emergency Contacts

| CONTACT #1 | CONTACT #2 | CONTACT #3 |
|---|---|---|
| Name: | Name: | Name: |
| Phone Number: ( ) ___-___ | Phone Number: ( ) ___-___ | Phone Number: ( ) ___-___ |

**Please complete the Emergency Contact Information and mail this form back to Life Protect 24/7 using the provided pre-paid envelope.**



**Effective Date: 12/30/2019**
**Monthly Fee: $39.99**
**KELLY THOMAS**



**Life Protect 24/7**
**6160 Commander Pkwy**
**Norfolk, Virginia 23502**
**(888) 983-5712**

Congratulations on your Medical Alert Device with Life Protect 24/7. Please be sure to fill out the form with your emergency contact information, and note any changes to your account information.

Life Protect 24/7 will always provide the Medical Alert Program at the same price described in the Monthly Fee above and in accordance with the Contract Terms and Conditions enclosed herein.

The Contract Terms and Conditions for your medical alert device are enclosed. If you do not agree with the Contract Terms and Conditions, simply call our Customer Service number, (888) 983-5712, within 30 days of delivery to discontinue your Monitoring Services. By retaining and/or using your medical alert device beyond 30 days of delivery, you accept and agree to the enclosed Contract Terms and Conditions, and those terms and conditions become binding and in full force and effect.

**Please keep this for your records as receipt for your written authorization.**

*3509 Virginia Beach Blvd.*
*Virginia Beach*