**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KELLY THOMAS, <br> Plaintiff, | § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 4:20-cv-03612 |
| vs. | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| LIFE PROTECT 24/7, INC. d/b/a LIFE PROTECT 24/7, <br> Defendant. | § <br> § <br> § | |

**ORDER**

THE COURT, having reviewed Defendant Life Protect 24/7, Inc. d/b/a Life Protect 24/7's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 13), and being fully advised thereon, GRANTS the Motion.

IT IS HEREBY ORDERED, that pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is granted, and that the Amended Complaint is dismissed with prejudice.

SO ORDERED.

Signed on _____, at Houston, Texas.

                                         _____
                                         Hon. Charles Eskridge
                                         United States District Judge

1